IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALIMA BAHSHOOTA,

                    Plaintiff,                          **8:19CV133**

          vs.
                                                         **ORDER**
NELNET, INC.,

                    Defendant.


     This action was filed on March 28, 2019.  (Filing No. 1.)  On March 3, 2020, the Court issued a Memorandum and Order (Filing No. 7) ordering Plaintiff to complete service of process by June 1, 2020.

     To date, Plaintiff has not filed any return of service indicating service on Defendant, nor has Defendant entered a voluntary appearance.

     Accordingly,

     **IT IS ORDERED** that by or before August 7, 2020, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution.  Failure to comply with this Order may result in the dismissal of this case without further notice.

     Dated this 9th day of July, 2020.

                              BY THE COURT:


                              s/ Susan M. Bazis
                              United States Magistrate Judge