IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALIMA BAHSHOOTA, <br><br> Plaintiff, <br><br> vs. <br><br> NELNET, INC., <br><br> Defendant. | 8:19-CV-133 <br><br> ORDER |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 11), recommending that the Court dismiss the plaintiff's case for failure to prosecute. There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise,* 588 F.3d 531, 537 n.5 (8th Cir. 2009).

The Court finds that the Magistrate Judge's recommendation should be adopted and this case dismissed. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 11) are adopted.

2. This case is dismissed.

3. A separate judgment will be entered.

Dated this 31st day of August, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge